```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 23668
    MALINEE OMEGA FARMER
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-8119


--------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 12/17/2007 and was confirmed 06/09/2008.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was dismissed after confirmation 10/06/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------
CENTRIX RESOURCE SYSTEM   SECURED NOT I  NOT FILED           .00           .00
CENTRIX RESOURCE SYSTEM   UNSEC W/INTER  NOT FILED           .00           .00
COUNTRYWIDE HOME LENDING  CURRENT MORTG       .00            .00           .00
COUNTRYWIDE HOME LENDING  MORTGAGE ARRE   7000.00            .00           .00
AMERICAN COLLECTION       UNSEC W/INTER  NOT FILED           .00           .00
CBSI                      UNSEC W/INTER  NOT FILED           .00           .00
CCB CREDIT SERVICES INC   UNSEC W/INTER  NOT FILED           .00           .00
CEN CRD SOL               UNSEC W/INTER  NOT FILED           .00           .00
CREDITORS COLLECTION B    UNSEC W/INTER  NOT FILED           .00           .00
CREDITORS COLLECTION B    UNSEC W/INTER  NOT FILED           .00           .00
DIVERSIFIED ADJUSTMENT S  UNSEC W/INTER  NOT FILED           .00           .00
ECAST SETTLEMENT CORP     UNSEC W/INTER     282.64           .00           .00
MATRIX ACCEP              UNSEC W/INTER  NOT FILED           .00           .00
MATRIX ACCEP              UNSEC W/INTER  NOT FILED           .00           .00
MUTUAL HOSPITAL SVC INC   UNSEC W/INTER  NOT FILED           .00           .00
MUTUAL HOSPITAL SVC INC   UNSEC W/INTER  NOT FILED           .00           .00
NCO FINANCIAL SYSTEMS     UNSEC W/INTER  NOT FILED           .00           .00
WEST ASSET MANAGEMENT     UNSEC W/INTER  NOT FILED           .00           .00
ASSET ACCEPTANCE LLC      UNSEC W/INTER     909.91           .00           .00
B-REAL LLC                UNSEC W/INTER     764.35           .00           .00
ALABAMA POWER COMPANY     UNSEC W/INTER     777.28           .00           .00
KENNETH FARMER            NOTICE ONLY    NOT FILED           .00           .00
DOLLIE I WARREN REED      DEBTOR ATTY     3,000.00                     1,798.05
TOM VAUGHN                TRUSTEE                                        156.35
DEBTOR REFUND             REFUND                                           .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                  1,954.40


              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 23668 MALINEE OMEGA FARMER
```

```
PRIORITY                                                          .00
SECURED                                                           .00
UNSECURED                                                         .00
ADMINISTRATIVE                                               1,798.05
TRUSTEE COMPENSATION                                           156.35
DEBTOR REFUND                                                     .00
                                      ---------------   ---------------
TOTALS                                       1,954.40          1,954.40
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
  Dated: 01/26/09                   _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```